Revised 3/30/21

# CRIMINAL CASE COVER SHEET

By: ☑ COMPLAINT  ☐ SUPERSEDING Case Number: 2:25-MJ-213
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. Stephen Shane Bateman

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A  ☐ Zone B

Name of Assigned AUSA: J. Gregory Bowman

Matter Sealed:  ☑ YES  ☐ NO   Place of Offense: Carter County

☐ Interpreter Required  Language: _____

Issue:  ☑ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☑ DEA  ☐ ATF  ☐ USMS  ☐ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed  Case Number: _____
☐ Defendant on Supervised Release  Case Number: _____

Related Case/Attorney:

Case Number _____  Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐ Federal Defender  ☐ CJA  ☐ Retained

Appointed by Target Letter  Case Number: _____
Appointed in Pending Indictment  Case Number: _____

CHARGES:  Total # of Counts for this Defendant  1

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 115(a)(1)(B) | Threat to assault or murder a federal law enforcement officer engaged in the performa | Y | 1 | |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature  s/J. Gregory Bowman